[Cite as *Wrinn v. Ohio State Hwy. Patrol*, 2013-Ohio-5939.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

EUGENE WRINN, JR.

 Plaintiff

 v.

OHIO STATE HIGHWAY PATROL

 Defendant

Case No. 2006-05934

Judge Patrick M. McGrath

JUDGMENT ENTRY

{¶ 1} On October 17, 2011, this court issued a decision and judgment entry wherein the court found that Daren Johnson and Kenneth Koverman were entitled to immunity pursuant to R.C. 9.86 and 2743.02(F) and that the courts of common pleas did not have jurisdiction over any civil actions that may be filed against them based upon the allegations in this case. On March 26, 2013, the Tenth District Court of Appeals affirmed in part and reversed in part the judgment of this court and remanded the case for further proceedings, stating in relevant part:

{¶ 2} "The decision of the Court of Claims of Ohio granting civil immunity to Sergeant Daren Johnson is reversed and this cause is remanded for further proceedings." *Wrinn v. Ohio State Highway Patrol*, 10th Dist. No. 11AP-1006, 2013-Ohio-1141, ¶ 61.

{¶ 3} In accordance with the judgment of the court of appeals, the court finds that Sergeant Daren Johnson is not entitled to immunity pursuant to R.C. 9.86 and 2743.02(F) and that the courts of common pleas have jurisdiction over any civil actions that may be filed against him based upon the allegations in this case.

_____

PATRICK M. MCGRATH
Judge

cc:

Cary R. Cooper                      Eric A. Walker
Jacqueline M. Boney                 James P. Dinsmore
Sarah K. Skow                       Assistant Attorneys General
900 Adams Street                    150 East Gay Street, 18th Floor
Toledo, Ohio 43604                  Columbus, Ohio 43215-3130

002
Filed August 16, 2013
Sent to S.C. Reporter April 30, 2014